

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Pointe West Center, LLC v. It's Alive, Inc. and Shamil Qureshi,
                         Individually, and as agent for, It's Alive, Inc.

Appellate case number:   01-14-00779-CV

Trial court case number:  1022800

Trial court:             County Civil Court at Law No. 1 of Harris County

         It is ORDERED that the motion for rehearing is denied.


Judge's signature: /s/ Laura C. Higley                        
                          Acting for the Court

Panel consists of Justices Jennings, Higley, and Brown.


Date:  November 5, 2015